RECEIVED
JUN 11 2015
6-11-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TERENCE TAYLOR

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Major Mayarvie
L.t Malkowski
S.G.t Durrett, Tralon
C/o Griffin, Dominic M
c/o Johnson
Med tec Bobby

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case
(To
PC3

15cv5190
Judge Sara L. Ellis
Magistrate Judge Sheila M. Finnegan

**CHECK ONE ONLY:**

__✓__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A. Name: TERENCE TAYLOR

  B. List all aliases: _____

  C. Prisoner identification number: M-12855

  D. Place of present confinement: Pontiac Correctional Center Pobox 99

  E. Address: Pobox 99 Pontiac IL, 61764

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Margervie
     Title: Correctional officer
     Place of Employment: Major

  B. Defendant: Malkowski
     Title: Correctional officer
     Place of Employment: Lt

  C. Defendant: Durrett, Tralon
     Title: Correctional officer
     Place of Employment: S.G.T

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant(s)

D. Defendant: Griffin, Trelon
   Title: Correctional officer
   Place of Employment: C.O

E. Defendant: Johnson
   Title: Corretional officer
   Place of Employment: CO
   Defendent.
F. Med tec Bobby : med Tec

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above Date of 6/25/13 and approximate time, around 9:15 AM C/O Griffin approached I Taylor #M-12855 cell door 140 F-House and told me to get ready to hear your ticket at the Adjustment Committe. I Taylor #M-12855 cuffed up with my hands behind my back so I could go hear my ticket. On my way to the right lower shower of F-House holding cell, I Taylor #M-12855 notice C/O Johnson uncuffing inmate McKissick #B83805 which is a level E inmate. As I Taylor #M-12855 approch the right lower shower I notice Major Magarvie, Malkowski the L.t, SGT Durrett standing around the outside of the shower door's in F-House. C/O Griffin asked Me Taylor #M-12855 to step inside the shower with the rest of the inmates that are waiting to hear their tickes. As I steped inside I Taylor #M-12855 notice inmate Level E McKissick #B83805 cuff still off one of his hends. C/O Griffin notice inate McKissick #B83805 cuff was off but did not say anything. Inmate McKissick #B83805 Attacked me Taylor #M-12855 by striking me in the face and Head. As I tried to run out the door I notice C/O Griffin trying to close the door. As I Taylor #M-12855 was being Attacked by inmate McKissick B838-05 I notice C/O Griffin C/O Johnson run away from incident and Major Magarvie Lit Malkowski SGT Durrett watch me get Attackd

4

Revised 9/2007

punched and stomped by inmate Mckissick out side the shower door. I Taylor #M-12855 Blacked out and woke up to Major Megarvie screaming get Taylor yell get taylor hold him down, which I was already down laying on the floor. As I Taylor #M-12855 notice all the officer on me putting their knees in me and elbows as if I was the Attacker I was trying to yell my back and my leg is hurting from just being attacked. Major Megarvie stated hold him down do not let him up. Thee officers was applying presure to my back and leg noing I just been stomped by inmate Mckissick B83805. right in front of them. A unkown doctor that spoke to me in F-House saw what took place and wrote down everything he has witness during the incident and sent me to Health Care to get check out for my injuries. As I Taylor #M-12855 was walking to Healthcare I stated my leg and my back is hurting. A unkown officer stated if you want to be seen you would have to walk. I Taylor #M-12855 forced myself to walk to Health Care And when I arrived I was seen by a unkown nurse. the nurse cleand my wounds and ask me what all hurt. I told her my head my back and it feel like my bone is broke in my leg. The nuse stated if their was a broken bone you would not be able to walk at all. The nuse prescribed me some medication and sent me back to seg. The next following morning I could not get out the bed. I noticfyed Med tec Bobby and he stated your just in pain from the insident sleep it off I Taylor #M-12855 told med tec bobby my leg my right leg is killing me and my lower back is in peain. Med tec

5 Revised 9/2007

Bobby stated I would prescribe you some more more medication and walked off. For months I asked Bobby can I be seen by the Doctor because I was in pain. Months latter I seen A Docter Ms. W and she put me in to get a x-ray of my back, I got a x-ray of my back and a couple weeks after, Ms. W stated she think I have authorites now they could not see anything. I Ask Ms. W what about my leg sometimes I cant walk on it and she stated I would put you back in for a x-ray info then I would give you some medication for your pain. For almost a year in a half I sufferd pain in my right leg in my back and was not seen and never got seen for my leg on 12. . I got a x-ray on my leg at pontiec C.C after months of complaining about the pain and my results came back and the x-ray showed I had a cracked Bone a Freczure. Im still haveing pain in my leg and back and some tim. I cant walk because the pressure on my leg starts to hurt because of going so long walking on it not noing I had a piece of broken bone. I have not been seen for my back since being in stateville 2013 Ive been complaning and still Healthcare has not done anything.

Stateville cameras in F-House witness the incident, their was new cemerces placed in that year. I have Affidavites from witnesses including the person that attacked me. The unkuwn Docter that was in the building at stateville witness the incident and wrote the report up even some of the officers included in this suit.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wont to be rewarded for the pain I sufferd from the incident dureing and after. I want to be rewarded 100,000, I wont to be sent to a minimum facility, And every one responsible in the suit, be punished for their Actions.

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 ____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

TERENCE TAYLOR
(I.D. Number)
M-12855

P.O. box 99, Pontiac IL, 61764
(Address)

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, __TERENCE TAYLOR__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 200__.

_____
Affiant

TAYLOR

M 12855

N 751

Pontiac C.C
MAX Library