6839 MRS/JMK/TSL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TERENCE TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 15 CV 5190 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | Judge Sara L. Ellis |
| SALEH OBAISI, TARRY WILLIAMS, ) | |
| MICHAEL MAGANA, MICHAEL LEMKE, ) | |
| MARCUS HARDY, LATONYA WILLIAMS, ) | |
| MEDICAL TECHNICIAN BOBBY, CYNDI ) | |
| GARCIA, ROYCE BROWN REED, DARRYL ) | |
| EDWARDS, ASSISTANT WARDEN OF ) | |
| PROGRAMS CALLOWAY, UNKNOWN ) | |
| HEALTHCARE EMPLOYEES, UNKNOWN ) | |
| WEXFORD HEALTH SOURCES, INC. ) | |
| EMPLOYEES, NURSE JANE ROE, UNKNOWN ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS ) | |
| EMPLOYEES, CORRECTIONAL OFFICER ) | |
| GRIFFIN, CORRECTIONAL OFFICER JOHNSON,) | |
| MAJOR MAGARVIE, LT. MALKOWSKI, ) | |
| SGT. TRALON DURRETT, CORRECTIONAL ) | |
| OFFICER JOHN DOE 1, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT *FORUM NON CONVENIENS* MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, RULE 21 MOTION TO SEVER PURSUANT TO *GEORGE V. SMITH*

Defendants, Wexford Health Sources, Inc., LaTanya Williams, PA, Saleh Obaisi, M.D., Cynthia Garcia, Meghan Foley, Royce Brown-Reed, Tarry Williams, Jenny McGarvey, Tralon Durett, Michael Magana, Dominic M. Griffin, Doretta O'Brien, Victor Calloway, Michael Lemke, Randy Malkowski, Naveen Nagpal, Krisi Eschleman, Rebecca Buczowski, Mary Ellen Grennan, Kimberly Kelly, and Guy Pierce, by their undersigned counsel, hereby move this honorable Court to transfer this matter to the U.S. District Court for the Central District of Illinois (Peoria division) pursuant to 28 U.S.C. § 1404(a) or, alternatively, to sever Plaintiff's

newly-added claims pursuant to Federal Rule of Civil Procedure 21 and *George v. Smith*, 507 F.3d 605 (7th Cir. 2007). In support, Defendants state:

1. Plaintiff, a prisoner incarcerated at Pontiac Correctional Center, brought this action in June 2015 relating to an alleged failure to properly treat injuries sustained in a fight during a previous incarceration at Stateville Correctional Center. (ECF No. 1). Plaintiff was incarcerated at Stateville Correctional Center on the date of the fight – June 25, 2013 – through April 5, 2014, when he was transferred to Pontiac. (Pl.'s 2d Amended Compl., ECF No. 94, at 15, ¶ 48).

2. On June 17, 2016, plaintiff expanded the litigation by filing a Second Amended Complaint, which adds several new defendants and new claims related to his ongoing incarceration at Pontiac Correctional Center. In connection with this amended complaint, Plaintiff has added the following individuals employed at Pontiac Correctional Center: Guy Pierce, Director of Nursing Meghan Foley, Nurse Krisi Eschleman, CMT Becky Buczkowski, Pontiac HCUA Mary Ellen Grennan, and Kim Kelley.

3. The majority of Plaintiff's allegations stem from his ongoing treatment at Pontiac Correctional Center, a facility in Livingston County. Livingston County is located in the Central District of Illinois (Peoria division). Plaintiff is currently incarcerated in Pontiac and has alleged continuing deliberate indifference to his medical needs after his transfer from Stateville. Pursuant to 28 U.S.C. §1404(a), transfer from the Northern District of Illinois to the Central District of Illinois will best serve the convenience of the parties and witnesses and the interests of justice.

4. Alternatively, pursuant to Federal Rule of Civil Procedure 21 and *George v. Smith*, 507 F.3d 605 (7th Cir. 2007), Plaintiff's claims predicated upon conditions at Pontiac Correctional Center should be severed.

5. A supporting memorandum of law is filed contemporaneously herewith.

WHEREFORE, Defendants move this honorable Court to transfer this case to the Central District of Illinois (Peoria Division) or, alternatively, that plaintiff's claims predicated upon conditions at Pontiac Correctional Center be severed pursuant to Federal Rule of Civil Procedure 21 and *George v. Smith*.

Respectfully submitted,

| | |
|---|---|
| ROYCE BROWN-REED, TARRY WILLIAMS, JENNY MCGARVEY, TRALON DURETT, MICHAEL MAGANA, DOMINIC M. GRIFFIN, DORETTA O'BRIEN, VICTOR CALLOWAY, MICHAEL LEMKE, RANDY MALKOWSKI, NAVEEN NAGPAL, KRISI ESCHLEMAN, REBECCA BUCZOWSKI, MARY ELLEN GRENNAN, KIMBERLY KELLY, AND GUY PIERCE, | WEXFORD HEALTH SOURCES, INC., LATANYA WILLIAMS, PA, SALEH OBAISI, M.D., CYNTHIA GARCIA, and MEGHAN FOLEY, |
| By: /s/ Jennifer M. Lutzke<br>Jennifer M. Lutzke<br>Assistant Attorney General<br>General Law Bureau<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-3739 | By: /s/ Joel M. Koppenhoefer<br>Joel M. Koppenhoefer<br>Cunningham, Meyer & Vedrine, P.C.<br>1 E. Wacker Drive, Suite 200<br>Chicago, IL 60601<br>(312) 578-0049 |