IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Terence Taylor

,

Plaintiff(s),

v.

Magarvie et al,

Defendant(s).

Case No. 15-cv-5190

Judge Sara L. Ellis

## ORDER

(T:10) Motion hearing held. Defendants' joint forum non conveniens motion to transfer venue or, alternatively, Rule 21 motion to sever pursuant to George V. Smith [109] is granted for the reasons in open court. Defendants' unopposed motion to join Wexford's reply in support of motion to transfer venue or, alternatively, Rule 21 motion to sever pursuant to George V. Smith [117] is granted. IT IS HEREBY ORDERED that this action is transferred to the Central District of Illinois (Peoria Division). Mail ILND450.

Date: 8/24/2016    /s/ Sara L. Ellis